**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00810-REB-CBS

BEVERLY McGAUGHY,

    Plaintiff,

v.

PARKWAY AUTO, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Motion To Dismiss With Prejudice** [#13][1] filed August 7, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion To Dismiss With Prejudice** [#13] filed August 7, 2012, is **GRANTED**;

    2.  That the Final Pretrial Conference and the Trial Preparation Conference set for March 1, 2013, are **VACATED**;

    3.  That the jury trial set to commence March 13, 2013, is **VACATED**; and

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 7, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge